UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| RENEE HOSBEIN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| -v- | ) | No. 1:11-cv-428 |
| | ) | |
| WHIRLPOOL CORPORATION LONG-TERM DISABILITY PLAN, | ) ) | HONORABLE PAUL L. MALONEY |
|     Defendant. | ) | |
|                            | ) | |

## **JUDGMENT**

Having granted Plaintiff Renee Hosbein's motion for entry of judgment against Defendant Whirlpool, denied Defendant's parallel motion, and resolved all pending claims, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Plaintiff and against Defendant.

**THIS ACTION IS TERMINATED. IT IS SO ORDERED.**


Date:  August 1, 2013              /s/ Paul L. Maloney
                                                                                        Paul L. Maloney
                                                                                       Chief United States District Judge